(105 So. 923)

Harvey ELAM v. STATE. (2 Div. 354.) (Court of Appeals of Alabama. Nov. 3, 1925.) Appeal from Circuit Court, Bibb County; Fleetwood Rice, Judge. Violating prohibition law.

RICE, J. The appeal is on the record proper, without bill of exceptions. There being no error apparent, the judgment is affirmed.

(106 So. 916)

Percy ELLIOTT v. CITY OF TUSCALOOSA. (6 Div. 762.) (Court of Appeals of Alabama. Nov. 27, 1925.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(110 So. 919)

Marshall M. ELLIOTT v. CITY OF TUSCALOOSA. (6 Div. 55.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

BRICKEN, P. J. Affirmed.

(110 So. 919)

Marshall M. ELLIOTT v. CITY OF TUSCALOOSA. (6 Div. 56.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

SAMFORD, J. Appeal dismissed.

(105 So. 923)

Leroy ETHERIDGE et al. v. STATE. (2 Div. 331.) (Court of Appeals of Alabama. June 30, 1925.) Appeal from Circuit Court, Dallas County; S. F. Hobbs, Judge. Possessing a still. Arthur M. Pitts and A. D. Pitts, both of Selma, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. The evidence fails to connect defendants, or either of them, with possession of the stills found. The affirmative charge should have been given for defendants. Hobdy v. State (Ala. App.) 100 So. 571;[1] Biddle v. State, 19 Ala. App. 563, 99 So. 59; Moon v. State, 19 Ala. App. 176, 95 So. 830; Farmer v. State, 19 Ala. App. 560, 99 So. 59; Medders v. State, 19 Ala. App. 628, 99 So. 776; Watts v. State, 19 Ala. App. 549, 98 So. 914. Reversed and remanded.

(109 So. 924)

A. B. ETHERIDGE v. STATE. (1 Div. 666.) (Court of Appeals of Alabama. Aug. 31, 1926.) Appeal from Circuit Court, Mobile County; C. A. Grayson, Judge. Violating prohibition law.

PER CURIAM. Appeal dismissed on motion of appellant.

(106 So. 916)

Barto EVANS v. STATE. (6 Div. 734.) (Court of Appeals of Alabama. Dec. 8, 1925.) Appeal from Circuit Court, Blount County; O. A. Steele, Judge. Distilling.

RICE, J. Appeal dismissed.

(106 So. 916)

Andrew FAULK v. STATE. (4 Div. 82.) (Court of Appeals of Alabama. Dec. 15, 1925.) Appeal from Circuit Court, Crenshaw County; A. E. Gamble, Judge. Distilling.

BRICKEN, P. J. Appeal dismissed.

[1] 20 Ala. App. 44.